RECEIVED
FEB - 1 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| VINCENT MICHAEL MARINO | CIVIL ACTION NO. 1:12-1239 |
| VERSUS | JUDGE JAMES T. TRIMBLE, Jr. |
| UNITED STATES | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

Based on the foregoing, IT IS ORDERED that the United States' motion to dismiss (Doc. 34) is GRANTED and Marino's FTCA claim is DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this 1st day of February, 2013.

JAMES T. TRIMBLE, Jr.
UNITED STATES DISTRICT JUDGE